| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Yvonne DeCarlo Johnson | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |

United States Bankruptcy Court for the Northern District of Alabama

Case number (If known) _____

# Local Form 1006-1(c)

## Notice of Intent to Pay Chapter 13 Case Filing Fee through Chapter Plan

**By signing here, you state that you understand, acknowledge, and agree that:**

- You have the option to pay your chapter 13 case filing fee installments directly to the Clerk of Court, but you have elected to pay the filing fee through your chapter 13 plan pursuant to Local Rule 1006-1(c).

- You must timely pay each installment of your chapter 13 case filing fee to the office of the standing chapter 13 trustee in the division where your case is filed in accordance with the terms of your chapter 13 plan and any order entered in respect of your application to pay the case filing fee in installments. If you do not timely make any payment when it is due, your bankruptcy case may be dismissed.

- Pursuant to 28 U.S.C. § 586, the chapter 13 trustee shall be entitled to collect a percentage fee (not to exceed ten percent) on any filing fee installment payments made through the office of the chapter 13 trustee.

- Unless the Court orders otherwise, if your case is dismissed before confirmation and before the chapter 13 trustee remits payment of your entire chapter 13 case filing fee to the Clerk of Court, the chapter 13 trustee shall apply any monies on hand on the date of dismissal in the following order: (1) the chapter 13 trustee shall remit payment to the Clerk of Court for the unpaid balance of the chapter 13 case filing fee; (2) the chapter 13 trustee shall apply the funds on hand to the trustee's costs of administration, including in payment of any percentage fee owed to the trustee in respect of the filing fee payments made by the trustee to the Clerk of Court; (3) the chapter 13 trustee shall pay any other administrative expenses approved to be paid by order of the Court; and (4) the remaining monies, if any, shall be disbursed to you.

- If your case is converted before the chapter 13 trustee remits payment of your entire chapter 13 case filing fee to the Clerk of Court, the chapter 13 trustee shall return any monies on hand as of the date of conversion to you, and you will be responsible for paying the balance of the case filing fee owed.

x _____  x _____  x _____
Signature of Debtor 1                              Signature of Debtor 2                             Your attorney's name and signature, if you used one

Date  4/2/20                                       Date _____                             Date  04-02-2020
MM / DD / YYYY                                     MM / DD / YYYY                                   MM / DD / YYYY