# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 4/6/2020
Case: 20–01344–DSC13  Form ID: pdf008  Total: 17

**Recipients of Notice of Electronic Filing:**
tr  Bradford W. Caraway  ctmail@ch13bham.com
aty  Daisy M. Holder  holderesq@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Yvonne DeCarlo Johnson  800 Jeffrey Circle  Birmingham, AL 35235
cr  PRA Receivables Management, LLC  PO Box 41021  Norfolk, VA 23541
10418709  AT&T Mobility  PO Box 536216  Atlanta, GA 30353
10418708  Aspen Dental  PO Box 1578  Albany, NY 12201
10418710  Attorney General  US Department of Justice  10th Street and Constitution Ave NW  Washington, DC 20202
10418711  Chevron and Texaco Visa Card  c/o Advanced Call Center Technologies  PO Box 9091  Johnson City, TN 37615
10418712  Chevron−Texaco/Synchrony Bank  Attn: Bankruptcy Department  PO Box 960012  Orlando, FL 32896
10418713  Discover Card  PO Box 30943  Salt Lake City, UT 84130
10418714  First National Bank of Omaha  PO Box 2557  Omaha, NE 68103
10418715  Internal Revenue Service  PO Box 7346  Philadelphia, PA 19101
10418716  Mr. Cooper  Attn: Bankruptcy Department  PO Box 619094  Dallas, TX 75261
10418857  PRA Receivables Management, LLC  PO Box 41021  Norfolk, VA 23541
10418717  Santander Consumer USA  Attn: Bankruptcy Department  PO Box 560284  Dallas, TX 75356
10418718  Target Card Services  PO Box 660170  Dallas, TX 75266
10418719  United States Attorney  Northern District of Alabama  1801 4th Avenue North  Birmingham, AL 35203

TOTAL: 15