IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Proceedings Under Chapter 13 |
| YVONNE DeCARLO JOHNSON, ) | of the Bankruptcy Code |
| SSN: XXX-XX-5233 ) | |
| ) | Case No. _____ |
| Debtor(s). ) | |

## *EMPLOYEE INCOME RECORDS*

1. Copies of all payment advices (payroll studs) or other evidence of payment received within 60 days before the date of the filing of petition, by the debtor from any employer of the debtor:

   See attached.

2. Statement of the amount of monthly net income itemized to show how the amount is calculated:

   Social Security:     $2,622.00
   Pension:             886.00
   Net Monthly Income:  $3,508.00

3. Statement disclosing any reasonably anticipated increase in income or expenditures over the 12 month period following the date of the filing of the petition:

   None.

*Yvonne Johnson*



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/26 | | Purchase authorized on 02/26 Dollar Tr 455 Main St Trussville AL P00000000932572202 Card 4262 | | 4.06 | |
| 2/26 | | Purchase authorized on 02/26 Save A Lot #478 Birmingham AL P003800578599004039 Card 4262 | | 11.07 | 0.58 |
| 2/27 | | Square Inc * Cash App 200227 T200200907887 Jewell Buchanan | 260.00 | | |
| 2/27 | | ATM Withdrawal authorized on 02/27 9300 Parkway East Birmingham AL 0003482 ATM ID 0539D Card 4262 | | 40.00 | 220.58 |
| 2/28 | | Edeposit IN Branch/Store 02/28/20 11:35:42 Am 307 N Gay St Auburn AL | 100.00 | | |
| 2/28 | | Purchase authorized on 02/28 Raceway 6822 Trussville AL P00460059792504968 Card 4262 | | 29.89 | 290.69 |
| 3/2 | | Opm1 Treas 310 Xxciv Serv 030220 Yvonne D Johnson | 886.18 | | |
| 3/2 | | Purchase authorized on 02/28 Zaxby's #15302 Birmingham AL S300059802088053 Card 4262 | | 7.91 | |
| 3/2 | | Recurring Transfer to Buchanan J Ref #Op07Qg3Bkn Checking Allowamce | | 100.00 | |
| 3/2 | | Recurring Transfer to Buchanan J Savings Ref #Op07Qgwxzz xxxxxxxxx8544 | | 25.00 | |
| 3/2 | | United of Omaha Ins Prem 200302 164A02Mar-20 Yvonne D Johnson | | 9.40 | |
| 3/2 | | Mutual of Omaha Mar Insprm 200302 Gqp308 Yvonne Johnson | | 9.75 | 1,024.81 |
| 3/3 | | SSA Treas 310 Xxsoc Sec 030320 xxxxx5233C1 SSA N1*Gd Yvonne Johnson or \N1*Be*Jewell Buc | 940.00 | | |
| 3/3 | | SSA Treas 310 Xxsoc Sec 030320 xxxxx5233A SSA Yvonne D Johnson | 1,682.00 | | |
| 3/3 | | Bill Pay Dva Recurring 5233 on 03-03 | | 50.00 | |
| 3/3 | 9182 | Check | | 85.00 | |
| 3/3 | | Bcbs of Al Prem Pmt 200303 Xar050368744 Yvonne Johnson | | 37.00 | |

Case 20-01344-DSC13    Doc 7    Filed 04/03/20    Entered 04/03/20 16:40:52    Desc Main
Document    Page 2 of 2