# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 04/04/2020
Case: 20–01344–DSC13     Form ID: def005     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     Bradford W. Caraway     ctmail@ch13bham.com
aty     Daisy M. Holder     holderesq@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Yvonne DeCarlo Johnson     800 Jeffrey Circle     Birmingham, AL 35235

TOTAL: 1