# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| YVONNE DECARLO JOHNSON, | ) | Case No. 20-01344-DSC13 |
|   Debtor(s) | ) | |

### REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Chevron and Texaco Visa® [Last four digit of account:2905]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Synchrony Bank
> c/o PRA Receivables Management, LLC
> PO Box 41021
> Norfolk, VA 23541
> Telephone: (877)885-5919
> Facsimile: (757) 351-3257
> E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
April 5, 2020

                                               By: /s/ Valerie Smith

                                               Valerie Smith
                                               c/o PRA Receivables Management, LLC
                                               Senior Manager
                                               PO Box 41021
                                               Norfolk, VA 23541
                                               (877)885-5919

Assignee Creditor: Chevron and Texaco Visa® [Last four digit of account:2905]

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2020, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

DAISY M HOLDER
Counsel for YVONNE DECARLO JOHNSON

BRADFORD W CARAWAY, Trustee

US Trustee

By: /s/ Valerie Smith