# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–2 | User: admin | Date Created: 04/06/2020 |
| Case: 20–01344–DSC13 | Form ID: 309I | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Yvonne DeCarlo Johnson | 800 Jeffrey Circle     Birmingham, AL 35235 |
| tr | Bradford W. Caraway     Chapter 13 Standing Trustee     P O Box 10848     Birmingham, AL 35202–0848 |
| cr | PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541 |
| aty | Daisy M. Holder     1625 Financial Ctr, 505 20th St N     Birmingham, AL 35203 |
| 10418709 | AT&T Mobility     PO Box 536216     Atlanta, GA 30353 |
| 10418708 | Aspen Dental     PO Box 1578     Albany, NY 12201 |
| 10418710 | Attorney General     US Department of Justice     10th Street and Constitution Ave NW     Washington, DC 20202 |
| 10418711 | Chevron and Texaco Visa Card     c/o Advanced Call Center Technologies     PO Box 9091     Johnson City, TN 37615 |
| 10418712 | Chevron–Texaco/Synchrony Bank     Attn: Bankruptcy Department     PO Box 960012     Orlando, FL 32896 |
| 10418713 | Discover Card     PO Box 30943     Salt Lake City, UT 84130 |
| 10418714 | First National Bank of Omaha     PO Box 2557     Omaha, NE 68103 |
| 10418715 | Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101 |
| 10418716 | Mr. Cooper     Attn: Bankruptcy Department     PO Box 619094     Dallas, TX 75261 |
| 10418857 | PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541 |
| 10418717 | Santander Consumer USA     Attn: Bankruptcy Department     PO Box 560284     Dallas, TX 75356 |
| 10418718 | Target Card Services     PO Box 660170     Dallas, TX 75266 |
| 10418719 | United States Attorney     Northern District of Alabama     1801 4th Avenue North     Birmingham, AL 35203 |

TOTAL: 17