IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:                                           Case No: 20-01344-DSC

Yvonne DeCarlo Johnson                 Chapter: 13
     SSN:    xxx-xx-5233

     Debtor

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, **NATIONSTAR MORTGAGE LLC DBA MR. COOPER**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Tiffany & Bosco, P.A., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **NATIONSTAR MORTGAGE LLC DBA MR. COOPER**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

                                                                        /s/ Enslen Crowe
                                                                        Enslen Crowe (CRO-098)
                                                                        /Diane Murray (MUR-048) DCM
                                                                        Donald M. Wright (WRI-021)
                                                                        Attorney for Creditor

Enslen Crowe
Attorney for Creditor
Tiffany & Bosco, P.A.
2311 Highland Avenue South, Suite 330
Birmingham, Alabama 35205
Telephone: 205-918-5013
elc@tblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of April, 2020, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Daisy M. Holder
1625 Financial Ctr, 505 20th St N
Birmingham, AL 35203
holderesq@aol.com

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848
ctmail@ch13bham.com

/s/ Enslen Crowe
Attorney for Creditor