IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                            CASE NO: 20-01344-DSC13
**YVONNE DECARLO JOHNSON**

**DEBTOR (S)**                                CHAPTER 13

### NOTICE OF SECTION 341 MEETING BY TELEPHONIC MEANS

The above styled case is set for the Section 341 Meeting of Creditors on Wednesday, May 20, 2020 at 9:30 A.M.

**DUE TO THE POTENTIAL PUBLIC HEALTH CRISIS RELATED TO COVID-19 (CORONAVIRUS), THIS MEETING SHALL BE HELD BY TELEPHONIC MEANS ONLY.**

The debtor(s) is required to **APPEAR BY TELEPHONE** at the meeting of creditors on the date and time set forth above for the purpose of being examined under oath. Attendance **BY TELEPHONE** by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned by notice at the meeting, without further written notice to the creditors or other parties in interest.

Prior to the time set out above, dial the telephone number listed below and then use the Access Code as instructed to enter the meeting. Parties should dial in at least five minutes prior to the start of the meeting. There is no security code and do not select any other features. Simply dial in and once connected, please **mute** your phone until the case in which you are interested is called by the Trustee. Disconnect when notified that a Meeting for a specific case is completed.

Contact your attorney prior to the meeting for more information and other questions you may have. **Dial-in information:**

*For participants*:
Dial In:        1-877-336-1831
Access Code: 3992696

**DATED** 6th day of May 2020

                                                   /s/ Bradford W. Caraway
                                                   Bradford W. Caraway
                                                   Chapter 13 Standing Trustee

### Certificate of Service

This is to certify that I have this day served a copy of the above **NOTICE OF SECTION 341 MEETING TO BE HELD BY TELEPHONIC MEANS** upon all parties listed on the mailing matrix by mailing a copy of the same with adequate postage thereon or by electronic filing when available.

This the 6th day of May 2020

                                                   /s/ Bradford W. Caraway
                                                   Bradford W. Caraway