341 Meetings Results - May 20, 2020

| Case # | Name | Hrg Result |
|---|---|---|
| 20-01333 | CURRY | CONT 5-27-2020 9:30 AM |
| 20-01334 | POWE | CONT 5-27-2020 9:30 AM |
| 20-01335 | KIMBLE | CONT 5-27-2020 9:30 AM |
| 20-01364 | LOVE | CONT 5-27-2020 9:30 AM |
| 20-01378 | LEE | CONT 5-27-2020 9:30 AM |
| 20-01379 | BRYANT | CONT 5-27-2020 9:30 AM |
| 20-01382 | QUINN | CONT 5-27-2020 9:30 AM |
| 20-01405 | COLLIER | CONT 5-27-2020 9:30 AM |
| 20-01411 | CRIDDLE | CONT 5-27-2020 9:30 AM |
| 20-00929 | BARRON | HELD |
| 20-01270 | O'BRIEN | HELD |
| 20-01275 | GOLDSMITH | HELD |
| 20-01295 | THOMAS | HELD |
| 20-01297 | WILLIAMS | HELD |
| 20-01304 | COCKRELL | HELD |
| 20-01308 | COOK | HELD |
| 20-01319 | YELLOCK | HELD |
| 20-01337 | TALLEY | HELD |
| 20-01338 | LEE | HELD |
| 20-01340 | MURPHY | HELD |
| 20-01342 | BOWMAN | HELD |
| 20-01343 | STEELE | HELD |
| 20-01344 | JOHNSON | HELD |
| 20-01345 | HAYES | HELD |
| 20-01346 | DAVIS | HELD |
| 20-01347 | LORD | HELD |
| 20-01348 | LINDER | HELD |
| 20-01356 | DAVIS | HELD |
| 20-01360 | AVERHART | HELD |
| 20-01361 | STEPHENS | HELD |
| 20-01362 | TILLISON | HELD |
| 20-01366 | SPAIN | HELD |
| 20-01367 | HENDERSON | HELD |
| 20-01371 | SHAY | HELD |
| 20-01373 | BANKS | HELD |
| 20-01374 | ROGERS | HELD |
| 20-01375 | HOLBERT | HELD |
| 20-01376 | BANKS | HELD |
| 20-01380 | FALCONER | HELD |
| 20-01384 | ELLARD | HELD |
| 20-01387 | PRYOR | HELD |
| 20-01388 | CLAIBORNE | HELD |
| 20-01390 | RAGLAND | HELD |
| 20-01397 | ACOSTA | HELD |
| 20-01398 | TATE | HELD |
| 20-01404 | DAVIS | HELD |
| 20-01406 | SIMS | HELD |
| 20-01409 | DUBOSE | HELD |
| 20-01410 | JONES | HELD |

| | | |
|---|---|---|
| 20-01416 | MOORE | HELD |
| 20-01417 | BROTHERS | HELD |
| 20-01420 | BAILEY | HELD |
| 19-04011 | MARBURY | NOT HELD |
| 20-00444 | LEWIS | NOT HELD |
| 20-00551 | SMITH-HART | NOT HELD |
| 20-00989 | VINES | NOT HELD |