# Notice Recipients

District/Off: 1126−2     User: admin     Date Created: 5/27/2020
Case: 20−01344−DSC13     Form ID: van003     Total: 24

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Daisy M. Holder | holderesq@aol.com |
| aty | Enslen Crowe | dcm@tblaw.com |
| aty | Stephen Bulgarella | ndbankruptcy@tblaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Yvonne DeCarlo Johnson | 800 Jeffrey Circle | Birmingham, AL 35235 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 10418709 | AT&T Mobility | PO Box 536216 | Atlanta, GA 30353 |
| 10418708 | Aspen Dental | PO Box 1578 | Albany, NY 12201 |
| 10418710 | Attorney General | US Department of Justice | 10th Street and Constitution Ave NW    Washington, DC 20202 |
| 10418711 | Chevron and Texaco Visa Card | c/o Advanced Call Center Technologies | PO Box 9091    Johnson City, TN 37615 |
| 10418712 | Chevron−Texaco/Synchrony Bank | Attn: Bankruptcy Department | PO Box 960012    Orlando, FL 32896 |
| 10422547 | Discover Bank | Discover Products Inc | PO Box 3025    New Albany, OH 43054−3025 |
| 10418713 | Discover Card | PO Box 30943 | Salt Lake City, UT 84130 |
| 10422744 | First National Bank of Omaha | 1620 Dodge Street, Stop Code 3129 | Omaha, Nebraska 68197 |
| 10418714 | First National Bank of Omaha | PO Box 2557 | Omaha, NE 68103 |
| 10418715 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101 |
| 10418716 | Mr. Cooper | Attn: Bankruptcy Department | PO Box 619094    Dallas, TX 75261 |
| 10437896 | Nationstar Mortgage LLC d/b/a Mr. Cooper | PO Box 619096 | Dallas, TX 75261−9741 |
| 10418857 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 10427292 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk VA 23541 |
| 10418717 | Santander Consumer USA | Attn: Bankruptcy Department | PO Box 560284    Dallas, TX 75356 |
| 10436666 | Santander Consumer USA, Inc. | P.O. Box 560284 | Dallas, TX 75356 |
| 10418718 | Target Card Services | PO Box 660170 | Dallas, TX 75266 |
| 10418719 | United States Attorney | Northern District of Alabama | 1801 4th Avenue North    Birmingham, AL 35203 |

TOTAL: 20