IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**In Re:**

**Yvonne DeCarlo Johnson**  **Case No:** 20-01344-DSC
    SSN: xxx-xx-5233

                                                **Chapter:** 13

**Debtor.**

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION FILED BY NATIONSTAR MORTGAGE LLC DBA MR. COOPER

    Comes now, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, by and through its undersigned counsel of record, Tiffany & Bosco, P.A., and withdraws its Objection to Confirmation (Doc. No. 16) filed on 5/1/2020.

                                                Respectfully submitted,

                                                /s/ Stephen Bulgarella
                                                Stephen Bulgarella (BUL-021) SB
                                                Diane Murray (MUR-048)
                                                Donald M. Wright (WRI-021)
                                                Enslen Crowe (CRO-098)
                                                Attorney for Creditor

Stephen Bulgarella
Tiffany & Bosco, P.A.
2311 Highland Avenue South, Suite 330
Birmingham, Alabama 35205
Telephone: 205-918-5083
sfb@tblaw.com

# CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Yvonne DeCarlo Johnson
800 Jeffrey Circle
Birmingham, AL 35235

and served via electronic case management to:

Daisy M. Holder
1625 Financial Ctr, 505 20th St N
Birmingham, AL 35203
holderesq@aol.com

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848
ctmail@ch13bham.com

On this the 23rd day of June, 2020.

/s/ Stephen Bulgarella
Attorney for Creditor