## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Yvonne DeCarlo Johnson | } | **Case No: 20-01344-DSC13** |
| SSN: XXX-XX-5233 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter came before the Court on Tuesday, June 23, 2020 11:00 AM, for a hearing on the following:
  1) Confirmation Hearing
  2) RE: Doc #21; Trustee's Objection to Confirmation and Motion to Dismiss Case

Proper notice of the hearing was given and appearances were made by the following:
  Bradford W. Caraway (Trustee)
  Yvonne DeCarlo Johnson  (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and for the reasons set forth on the record during the hearing, these matters are continued to July 28, 2020 at 11:15 a.m. in Courtroom number 1 of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama.

Dated: 06/25/2020

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge