# Notice Recipients

District/Off: 1126-2     User: admin     Date Created: 6/25/2020
Case: 20-01344-DSC13     Form ID: pdf000     Total: 27

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Daisy M. Holder | holderesq@aol.com |
| aty | Enslen Crowe | dcm@tblaw.com |
| aty | Stephen Bulgarella | ndbankruptcy@tblaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Yvonne DeCarlo Johnson | 800 Jeffrey Circle | Birmingham, AL 35235 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 10418709 | AT&T Mobility | PO Box 536216 | Atlanta, GA 30353 | |
| 10418708 | Aspen Dental | PO Box 1578 | Albany, NY 12201 | |
| 10418710 | Attorney General | US Department of Justice | 10th Street and Constitution Ave NW | Washington, DC 20202 |
| 10418711 | Chevron and Texaco Visa Card | c/o Advanced Call Center Technologies | PO Box 9091 | Johnson City, TN 37615 |
| 10418712 | Chevron-Texaco/Synchrony Bank | Attn: Bankruptcy Department | PO Box 960012 | Orlando, FL 32896 |
| 10422547 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054-3025 |
| 10418713 | Discover Card | PO Box 30943 | Salt Lake City, UT 84130 | |
| 10422744 | First National Bank of Omaha | 1620 Dodge Street, Stop Code 3129 | Omaha, Nebraska 68197 | |
| 10418714 | First National Bank of Omaha | PO Box 2557 | Omaha, NE 68103 | |
| 10418715 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101 | |
| 10457054 | Midland Credit Management, Inc. | Po Box 2037 | Warren MI 48090 | |
| 10418716 | Mr. Cooper | Attn: Bankruptcy Department | PO Box 619094 | Dallas, TX 75261 |
| 10437896 | Nationstar Mortgage LLC d/b/a Mr. Cooper | PO Box 619096 | Dallas, TX 75261-9741 | |
| 10458813 | PENTAGON FEDERAL CREDIT UNION | PO Box 1432 | Alexandria, VA 22313-2032 | |
| 10418857 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 10427292 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk VA 23541 | |
| 10418717 | Santander Consumer USA | Attn: Bankruptcy Department | PO Box 560284 | Dallas, TX 75356 |
| 10436666 | Santander Consumer USA, Inc. | P.O. Box 560284 | Dallas, TX 75356 | |
| 10455016 | TD Bank USA, N.A. | C O WEINSTEIN & RILEY, PS | 2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 |
| 10418718 | Target Card Services | PO Box 660170 | Dallas, TX 75266 | |
| 10418719 | United States Attorney | Northern District of Alabama | 1801 4th Avenue North | Birmingham, AL 35203 |

TOTAL: 23