```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                                Case No. 20-01344-DSC
Yvonne DeCarlo Johnson                                                Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: admin              Page 1 of 2              Date Rcvd: Jun 25, 2020
                              Form ID: pdf000          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
```
db              +Yvonne DeCarlo Johnson,    800 Jeffrey Circle,    Birmingham, AL 35235-2607
10418710        +Attorney General,    US Department of Justice,    10th Street and Constitution Ave NW,
                  Washington, DC 20202-0001
10418711        +Chevron and Texaco Visa Card,    c/o Advanced Call Center Technologies,    PO Box 9091,
                  Johnson City, TN 37615-9091
10418714        +First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
10457054        +Midland Credit Management, Inc.,    Po Box 2037,    Warren MI 48090-2037
10418716        +Mr. Cooper,    Attn: Bankruptcy Department,    PO Box 619094,    Dallas, TX 75261-9094
10437896        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
10422744       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,     1620 Dodge Street, Stop Code 3129,
                  Omaha, Nebraska 68197)
10418717        +Santander Consumer USA,    Attn: Bankruptcy Department,    PO Box 560284,
                  Dallas, TX 75356-0284
10436666        +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
10418718        +Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
10418719        +United States Attorney,    Northern District of Alabama,    1801 4th Avenue North,
                  Birmingham, AL 35203-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10418708         E-mail/Text: bankruptcynotice@aspendental.com Jun 26 2020 04:43:26    Aspen Dental,
                  PO Box 1578,   Albany, NY 12201
10418709        +E-mail/Text: g20956@att.com Jun 26 2020 04:46:55    AT&T Mobility,    PO Box 536216,
                  Atlanta, GA 30353-6216
10418712        +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 04:51:17    Chevron-Texaco/Synchrony Bank,
                  Attn: Bankruptcy Department,    PO Box 960012,   Orlando, FL 32896-0012
10418713         E-mail/Text: mrdiscen@discover.com Jun 26 2020 04:43:40    Discover Card,    PO Box 30943,
                  Salt Lake City, UT 84130
10422547         E-mail/Text: mrdiscen@discover.com Jun 26 2020 04:43:40    Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
10418715        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 26 2020 04:44:08    Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
10458813         E-mail/Text: bkrgeneric@penfed.org Jun 26 2020 04:43:23    PENTAGON FEDERAL CREDIT UNION,
                  PO Box 1432,   Alexandria, VA 22313-2032
10427292         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2020 05:54:09
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
10418857        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2020 05:43:31
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
10455016        +E-mail/Text: bncmail@w-legal.com Jun 26 2020 04:46:04    TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1126-2                User: admin                 Page 2 of 2                     Date Rcvd: Jun 25, 2020
                                    Form ID: pdf000             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:
              Bradford W. Caraway    ctmail@ch13bham.com,  bhamch13@ecf.epiqsystems.com
              Daisy M. Holder    on behalf of Debtor Yvonne DeCarlo Johnson holderesq@aol.com
              Enslen  Crowe    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper
               ndbankruptcy@tblaw.com
              Stephen  Bulgarella    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper
               ndbankruptcy@tblaw.com
                                                                                                         TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Yvonne DeCarlo Johnson } | **Case No: 20-01344-DSC13** |
| SSN: XXX-XX-5233 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER RESCHEDULING HEARING

This matter came before the Court on Tuesday, June 23, 2020 11:00 AM, for a hearing on the following:
   1) Confirmation Hearing
   2) RE: Doc #21; Trustee's Objection to Confirmation and Motion to Dismiss Case
Proper notice of the hearing was given and appearances were made by the following:
   Bradford W. Caraway (Trustee)
   Yvonne DeCarlo Johnson  (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

   Based on the filings and for the reasons set forth on the record during the hearing, these matters are continued to July 28, 2020 at 11:15 a.m. in Courtroom number 1 of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama.

Dated: 06/25/2020

   /s/ D. SIMS CRAWFORD
   D. SIMS CRAWFORD
   United States Bankruptcy Judge