
*Yvonne Johnson  20-01344-DSC-13*




JEFFERSON COUNTY, ALABAMA. CITIZEN ACCESS PORTAL

WELCOME  PROPERTY TAX  BOE  PERSONAL PROPERTY  REDEMPTION

- Search
- Pay Tax
- Assessment
- Forms

| PARCEL #: | 12 00 31 4 004 023.000 |
| --- | --- |
| OWNER: | JOHNSON YVONNE |
| ADDRESS: | 800 JEFFERY CIR BIRMINGHAM AL 35235-2607 |
| LOCATION: | 800 JEFFERY CIR BHAM AL 35235 |

| [ 111-C+ ] | Baths: 2.5 | H/C Sqft: 2,502 |
| --- | --- | --- |
| 05-021.0 | Bed Rooms: 4 | Land Sch: G1 |
| Land: 26,100 | Imp: 135,700 | Total: 161,800 |
| Acres: 0.000 | Sales Info: 02/12/2016 $186,350 | |

<< Prev   Next >>   [ 2671 / 2684 Records ]   Processing...      Tax Year: 2020

SUMMARY  LAND  BUILDINGS  SALES  PHOTOGRAPHS  MAPS

**QUICK LINKS**
- BOE
- Property Tax
- Assessment
- Collection
- Millage Rate
- Contact Us
- County Site
- ** News **

**Disclaimer:** Information and data provided by any section of this website are being provided "as-is" without warranty of any kind. The information and data may be subject to errors and omissions.

Jefferson County
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203
(205) 325-5500

### SUMMARY

**ASSESSMENT**

| PROPERTY CLASS: | 3 | OVER 65 CODE: | |
| --- | --- | --- | --- |
| EXEMPT CODE: | 6-6 | DISABILITY CODE: | |
| MUN CODE: | 35 BIRMINGHAM | HS YEAR: | 0 |
| SCHOOL DIST: | | EXM OVERRIDE AMT: | $0.00 |
| OVR ASD VALUE: | $0.00 | TOTAL MILLAGE: | 72.5 |
| CLASS USE: | | | |
| FOREST ACRES: | 0 | TAX SALE: | |
| PREV YEAR VALUE: | $161,800.00 | BOE VALUE: | 0 |

**VALUE**

| LAND VALUE 10% | | $26,100 |
| --- | --- | --- |
| LAND VALUE 20% | | $0 |
| CURRENT USE VALUE | [DEACTIVATED] | $0 |
| CLASS 2 | | |
| CLASS 3 | | |
| BLDG 001 | 111 | $135,700 |
| TOTAL MARKET VALUE [APPR. VALUE: $161,800]: | | $161,800 |

Assesment Override:
MARKET VALUE:
CU VALUE:
PENALTY:
ASSESSED VALUE:

**DEEDS**

| INSTRUMENT NUMBER | DATE |
| --- | --- |
| 2016014913 | 2/12/2016 |
| 200706-22828 | 04/19/2007 |
| 200115-1381 | 11/30/2001 |

**PAYMENT INFO**

| PAY DATE | TAX YEAR | PAID BY | AMOUNT |
| --- | --- | --- | --- |
| | 2019 | | $0.00 |
| | 2018 | | $0.00 |
| 11/17/2017 | 2017 | CORE LOGIC INC | $1,093.95 |
| 12/6/2016 | 2016 | LENDERS TITLE SOLUTIONS LLC | $1,093.95 |
| 12/1/2015 | 2015 | CORELOGIC INC | $1,088.95 |
| 12/2/2014 | 2014 | CORELOGIC INC | $978.58 |
| 11/19/2013 | 2013 | CORELOGIC INC | $1,007.77 |
| 12/20/2012 | 2012 | WELLS FARGO | $1,007.77 |
| 20111209 | 2011 | *** | $1,025.16 |
| 20101208 | 2010 | *** | $1,025.16 |
| 20091210 | 2009 | *** | $1,025.16 |
| 20081107 | 2008 | *** | $1,050.87 |
| 20071117 | 2007 | *** | $1,073.10 |
| 20061231 | 2006 | *** | $1,002.92 |
| 20051231 | 2005 | *** | $954.95 |
| 20041230 | 2004 | *** | $927.86 |
| 20031230 | 2003 | *** | $886.83 |
| 20021230 | 2002 | *** | $825.68 |
| 20011117 | 2001 | *** | $825.68 |
| 20001104 | 2000 | *** | $825.68 |
| 19991209 | 1999 | *** | $825.68 |
| 19981115 | 1998 | *** | $759.78 |
| 19971116 | 1997 | *** | $759.78 |
| 19961123 | 1996 | *** | $754.78 |

VISA  MasterCard  DISCOVER      Powered By: E-Ring, Inc.      Website Disclaimer