km 7/20/20

Amended
**341 MEETING AND CONFIRMATION HEARING BENCH SHEET**

Case: 20-01344-DSC13

341 Hearing: 05/20/2020
Confirmation Hearing: 06/23/2020

Debtor(s): JOHNSON, YVONNE DECARLO

XXX-CC-5233

LeOmo = $713mo

Debtor Present at 341 meeting? (✓) Yes ( ) No
ID Provided? (✓) Yes ( ) No
# of previous Chapter 13 cases in Southern Division _____
Previous discharges: _____

Attorney: DAISY M HOLDER, ATTY

CONFIRMATION: ( ) RECOMMENDED ( ) NOT RECOMMENDED

Attorney Present at 341 meeting? (✓) Yes ( ) No

$ ~~T3~~ 480  ( ) Weekly   ( ) Bi-Weekly
( ) Semi-Monthly   (✓) Monthly

Debtor Employer: RECS SOCIAL SECURITY
D.O. Sent:

For 60 months pursuant to the plan.

Joint Debtor Employer:
D.O. Sent:

Plan payments by ( ) Payroll Deduction (✓) Direct
( ) ~~100% plan~~
(✓) Percentage plan to pay 13 % to nonpriority unsecured claims.
( ) Pot plan to pay $ _____ to nonpriority unsecured claims.

13%

Petition Filed: 04/03/2020
Proposed Plan Payments: 480.00 MONTHLY
Latest plan filed: ~~04/03/2020~~ #5  6/22/20
Amended plan payment: $ 480 mo  #25

Attorney fee distribution pursuant to:
Plan (✓)   Trustee recommendation ( )   Attorney agreed ( )

Total fee: $ 3500
Amount paid prepetition: $ 0
First installment: $ 300
Balance to be paid: $ ~~125~~ monthly for ____ months
Then: $ 50 monthly for ____ months
Then: $ ____ monthly for ____ months

Confirmation Notes: _____
Debtor present? ( ) Yes ( ) No
Attorney present? ( ) Yes ( ) No
(✓) Enter Confirmation Order

341 MTG. CONCLUDED
MAY 20 2020

341 meeting continued to _____ Reason: _____

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).   36015.33
(✓) Trustee's Objection to Confirmation and Motion to Dismiss is  WD  .
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
( ) The Plan or Amended Plan sets out nonstandard provisions in Part 9.
(X) Mortgage debt to NATIONSTAR MORTGAGE LLC shall be paid direct beginning  5\2020

SPECIAL PROVISIONS:
4/3/2020

OBJECTION TO CONFIRMATION — WD
filed by Nationstar Mortgage

Case 20-01344-DSC13   Doc 31   Filed 07/29/20   Entered 07/29/20 12:55:03   Desc
Page 1 of 4

Case: 20-01344-DSC13  341 MEETING AND CONFIRMATION HEARING  Hearing Date: 05/20/2020
BENCH SHEET

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | ASPEN DENTAL | U |  | 162.00 |  | 162.00 |  |  |  |
|  | AT&T MOBILITY | U |  | 1,679.00 |  | 1,679.00 |  |  |  |
| 001 | DISCOVER BANK | U |  | 5,488.00 / 5,511.27 |  | 5,511.27 |  |  |  |
| 002 | FIRST NATIONAL BANK OF OMAHA | U |  | 848.00 / 847.38 |  | 847.38 |  |  |  |
| 003 | INTERNAL REVENUE SERVICE | P |  | 2,700.00 / 2,927.63 |  |  |  |  |  |
| 006B | NATIONSTAR MORTGAGE LLC | S |  | 1,566.39 |  |  |  | 30 | Conf |
| 004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | U |  | 2,939.00 / 3,279.84 |  | 3,279.84 |  |  |  |
| 005 | '17 Dodge Caravan SANTANDER CONSUMER USA | S | 128.00 | 11,077.00 / 17,251.24 | 12,600.00 |  | 6.0000 | 300.00 need 365.00 | Cont 06/2021 19727.8? x54 |

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| | TARGET CARD SERVICES | U | | 314.00 | | 314.00 | | | |
| | *****TOTAL***** | | 128.00 | 25,207.00 | 12,600.00 | 11793.49 | | 300.00 need 365 | |
| | | | | 31,383.75 | | | | | 0.00 |

CONTINUING CLAIMS

UNLISTED CLAIMS

DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
| 006A | NATIONSTAR MORTGAGE LLC | 185,083.77 | mortgage |

Notes: