# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 10/2/2020
Case: 20–01344–DSC13     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
10458813     PENTAGON FEDERAL CREDIT UNION     PO Box 1432     Alexandria, VA 22313–2032

TOTAL: 1