United States Bankruptcy Court
Northern District of Alabama

In re:                                                      Case No. 20-01344-DSC
Yvonne DeCarlo Johnson                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1126-2                           User: admin                                      Page 1 of 1
Date Rcvd: Oct 02, 2020                  Form ID: trc                                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10458813 | Email/Text: bkrgeneric@penfed.org | Oct 03 2020 02:16:00 | PENTAGON FEDERAL CREDIT UNION, PO Box 1432, Alexandria, VA 22313-2032 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Daisy M. Holder | on behalf of Debtor Yvonne DeCarlo Johnson holderesq@aol.com |
| Enslen Crowe | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper ndbankruptcy@tblaw.com |
| Stephen Bulgarella | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper ndbankruptcy@tblaw.com |

TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF ALABAMA
Case No. 20-01344-DSC13
Chapter 13

In re: Debtor(s) (including Name and Address)

Yvonne DeCarlo Johnson
800 Jeffrey Circle
Birmingham AL 35235

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 9: PENTAGON FEDERAL CREDIT UNION, PO Box 1432, Alexandria, VA 22313-2032 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/20

Joseph E. Bulgarella
**CLERK OF THE COURT**